No. 474. HOME SHIPPING CO., S. A., AS OWNER OF THE COSMIC v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Eli Ellis* and *David C. Wood* for petitioner. *Solicitor General Marshall* for the United States.

No. 476. WOODARDS v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Bernard A. Berkman, Larry S. Gordon* and *Joshua J. Kancelbaum* for petitioner. *Paul J. Mikus* and *John B. Otero* for respondent.

No. 478. CHEWNING ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Roger Q. White* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 479. FINDLAY ET AL. v. DAVID B. FINDLAY, INC., ET AL. Ct. App. N. Y. Certiorari denied. *Milton Pollack* for petitioners. *J. Kenneth Campbell* for respondents.

No. 484. ALLSTATE INSURANCE CO. ET AL. v. LANIER, COMMISSIONER OF INSURANCE FOR NORTH CAROLINA. C. A. 4th Cir. Certiorari denied. *Herbert A. Bergson, Howard Adler, Jr.,* and *Donald L. Hardison* for petitioners. *Thomas Wade Bruton,* Attorney General of North Carolina, and *Charles D. Barham, Jr.,* Assistant Attorney General, for respondent.

No. 485. OTTO v. MAYOR OF DAYTON ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Edwin L. Roe* for respondents.